UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Criminal No. 5:11-CR-218-2H
Civil No. 5:14-CV-643-H

RODNEY ANTAWAN BROWN,           )
                                )
            Petitioner,         )
                                )
      v.                        )           ORDER
                                )
UNITED STATES OF AMERICA,       )
                                )
            Respondent.         )

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing

§ 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant

to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as

appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct

Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This 4th day of December, 2014.

_____
THE HONORABLE MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE