IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-218-2H
NO. 5:14-CV-643-H

RODNEY ANTHWAN BROWN,  )
                       )
    Petitioner,        )
                       )
                       )
                       )
v.                     )    **ORDER**
                       )
                       )
                       )
UNITED STATES OF AMERICA, )
                       )
    Respondent.        )


This matter is before the court on petitioner's "Motion For Reconsideration" filed December 10, 2015 in which petitioner moves the court to reconsider its judgment, entered November 10, 2015, dismissing his 28 U.S.C. § 2255 motion of October 29, 2014.

Courts have generally recognized three grounds for altering or amending judgments. See Hutchinson v. Staton, 994 F.2d 1076, 1081 (4th Cir. 1993). Specifically, courts will alter or amend "an earlier judgment: (1) to accommodate an intervening change in controlling law; (2) to account for new evidence not available at trial; or (3) to correct a clear error of law or prevent manifest injustice." Id.

The court, having reviewed petitioner's motion as well as the record in this matter, finds no reason to alter or amend its judgment or to grant the other relief requested. Therefore,

petitioner's motion for reconsideration [DE # 150] is DENIED.

This the 26th day of January 2016.

_____
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#26